UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE, IN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDI SUE HARRISON | ) | Case No. 16-80598-JJG-7 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

TRUSTEE'S NOTICE OF POSSIBLE ASSETS
AND NOTICE OF ABANDONMENT OF PROPERTY

Lou Ann Marocco, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Federal Bankruptcy Rule 3002(c)(5).

Notice is hereby given that all scheduled assets will be abandoned from the estate, except for:

2016 federal and state income tax refunds;
Ex-Spouse Divorce Distribution;
Possible preferential payments;
Possible voidable transfers.

DATED: February 1, 2017

/s/ Lou Ann Marocco
Lou Ann Marocco, Trustee
Phone: (317) 631-0145
Email: trustee@maroccolawindy.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following either by first class U.S. Mail, postage prepaid, or electronic court filing this 1st day of February, 2017:

Office of the United States Trustee
101 W. OHIO STREET, SUITE 1000
INDIANAPOLIS, IN  46204

Brandi Sue Harrison
602 W. Wabash Blvd.
Cayuga, IN  47928

Nicholas Robert Sauter

/s/ Lou Ann Marocco
Lou Ann Marocco
P.O. Box 1206
Greenwood, IN  46142
Phone: (317) 631-0145
Email: trustee@maroccolawindy.com