UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| BRANDI SUE HARRISON ) | Bankruptcy No. 16-80598-JJG-7A |
| ) | |
| Debtor(s) ) | |
| ) | |

**TRUSTEE'S MOTION FOR TURNOVER OF**
**PROPERTY OF ESTATE AND NOTICE OF OBJECTION DEADLINE**

Comes Now Lou Ann Marocco, the duly appointed Trustee herein, and for her Motion for Turnover of Property of the Estate, would show the Court as follows:

1. Pursuant to 11 U.S.C. §542(a), the Debtor is required to deliver to the Trustee all property of the estate which the Trustee may use.

2. The Trustee requests the Court order the turnover of the following documentation and/or estate property:

- **2016 State and Federal Returns.**

**NOTICE IS GIVEN** that any objection must be filed with the Bankruptcy Clerk within **21 days** from date of service [or such other time period as may be permitted by pursuant to Fed.R. Bankr.P. 9006(t)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

**Bankruptcy Clerk's Office**
Southern District of Indiana
101 Northwest M.L. King Jr. Blvd.
Room 352
Evansville, IN 47708

The objecting party must ensure delivery of the objection to the trustee. If **an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, pursuant to 11 U.S.C. §542, the Trustee requests the Debtor be ordered to turnover the foregoing documentation and/or estate property, and grant such other relief as is just and proper.

>  */s/* Lou Ann Marocco
>  **Lou Ann Marocco**
>  PO Box 1206
>  Greenwood, IN 46142
>  317-631-0145
>  Email: trustee@maroccolawindy.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served via electronic court filing and/or U.S. First Class Mail on the following parties of record this 13th day of February, 2018.

U.S. Trustee, ustpregion10.in.ecf@usdoj.gov
Nicholas Robert Sauter, nsauter@wallacelawfirm.net
Brandi Sue Harrison, 602 W. Wabash Blvd., Cayuga, IN 47928
,

>  /s/ Lou Ann Marocco
>  Lou Ann Marocco, Trustee

Lou Ann Marocco
P.O. Box 1206
Greenwood, IN 46142
(317) 631-0145
trustee@maroccolawindy.com