UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF00200 (rev 06/2017)

In re:

**Brandi Sue Harrison**,
    Debtor.

Case No. **16–80598–JJG–7A**

## NOTICE OF HEARING

A Motion for Authority to Administer Entire Federal Refund For Benefit of Creditors was filed on January 30, 2019, by Trustee Lou Ann Marocco. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  March 14, 2019
    Time:  01:30 PM EDT
    Place:  Rm. 131 U.S. Courthouse
           921 Ohio St.
           Terre Haute, IN 47807

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  February 1, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court